# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COREY D. LEWIS,                 :   No. 48 MAL 2016

          Petitioner          :

                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Commonwealth Court
          v.                      :

                                  :

PENNSYLVANIA BOARD OF      :
PROBATION AND PAROLE,       :

                                  :
          Respondent         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.